UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON JARREL SPIKES,<br>    **Plaintiff** | CIVIL ACTION |
| **VERSUS** | NO. 18-3759 |
| LOUISIANA STATE<br>    **Defendant** | SECTION: "E" (1) |

## **ORDER**

Before the Court is Plaintiff Jason Jarrel Spikes' complaint pursuant to 42 U.S.C. § 1983 against Defendant State of Louisiana.[1] A prisoner's pro se complaint for alleged civil rights violations must be screened by the court sua sponte as soon as practicable after docketing, regardless whether it has also been filed in forma pauperis.[2] This matter was referred to the United States Magistrate Judge, who issued her Report and Recommendation on July 5, 2018.[3] The period for objections ended on August 9, 2018, with no objections filed. The Court, having considered the complaint, the record, the applicable law, and the magistrate judge's Report and Recommendation, finds the magistrate judge's findings of fact and conclusions of law are correct. The Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

---

[1] R. Doc. 1.
[2] 28 U.S.C. § 1915A(a); *Lee v. Hennigan*, 98 F. App'x 286, 287 (5th Cir. 2004) (citing *Ruiz v. United States*, 160 F.3d 273, 274 (5th Cir. 1998)).
[3] R. Doc. 26.

**IT IS ORDERED** that Plaintiff Jason Jarrel Spikes' claim against the State of Louisiana be and hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to the Eleventh Amendment for lack of jurisdiction.

**New Orleans, Louisiana, this 13th day of September, 2018.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**